<span>Chase v. Sims.</span>

---

## Chase v. Sims.

APPEAL from the *Bartholomew* Circuit Court. <span>*Friday, June 18.*</span>

*Per Curiam.*—Suit commenced before a justice of the peace upon a note. Trial and judgment for the plaintiff for the amount of the note.

Appeal to the Circuit Court. Trial. Judgment before the justice affirmed.

The defense set up was a failure of consideration. The question is entirely upon the evidence.

May Term,
1858.

*R. Hill,* for the appellant.

*W. Herod* and *S. Stansifer,* for the appellee.

The judgment is affirmed with costs.